## STATEMENT OF FACTS IN SUPPORT OF COMPLAINT

Leading up to Monday August 29, 2016, District of Columbia Metropolitan Police Department Detective Timothy Palchak had been acting in an undercover capacity as part of a multi-jurisdictional FBI/MPD Child Exploitation Task Force, operating out of a satellite office in Washington, D.C.  In that capacity, Detective Palchak ("UC") posted an advertisement in a predicated area of an online website for classified advertisements which, based on the UC's experience and information gathered from other sources, is an area of the site frequented by individuals who have a sexual interest in children and incest, among other fetishes.  The advertisement was intended to attract individuals with a sexual interest in children.

On Monday August 29, 2016, at 4:48pm an individual later identified as the defendant, PAMELA WILSON, responded to the UC's advertisement via email stating, "Not a dad or a mom, just a normal 20 year old female, but I think we're on the same page with our thinking and enjoy the same exact things."[1]  The UC responded, "sweet 30 dad here with daughter. Do you have kik? easier to talk". Wilson replied, "How old is she? I actually don't. Honestly probably not the safest place to chat. I know a guy its talking to who said it wasn't." The UC responded, "she is very yng so not sure if that is your thing what is your limit?" Wilson replied, "I prefer younger. The younger the better actually. My cut off limit is between 7. So anything under that is great."

The UC informed Wilson that he was sexually active with his purported 9-year-old daughter, and had been since "she was in diapers."  Wilson responded, "9 is fine.  I was thinking you were talking younger.  9 is nothing.  That's the best!  Your lucky to have been with her that young.  That's one of my big things I want to try tasting at a really young age.  Is her mom

---

[1] All text abbreviations and typographical errors in quoted chat or text language are original.

involved?"  Wilson continued, "Like I said I'm not a mom but would love to join.  Would really like to lick her."

Wilson then suggested that the UC and she switch to communicating via cellular phone text messaging.  The UC agreed, and provided a cellular phone number.  Wilson provided the defendant a cellular phone number of 5715757048.  The two then resumed their communications via text message.

During the course of the text messaging exchange, which began on August, 29, 2016 and is ongoing, Wilson identified herself as a 20-year-old, mixed race female residing in the Lorton, Virginia area.  The UC asked Wilson to take a photograph of herself holding up 4 fingers and send it to the UC to validate Wilson's identity. Wilson sent the UC an image depicting a female holding up four fingers above her chest. Wilson later sent an image depicting her face. This image matched a DMV photo for Pamela K Wilson that was obtained by agents with the Federal Bureau of Investigation ("FBI").

Wilson stated during the text exchange that she has limited sexual experience as it relates to children but has "touched" children for whom she babysat in the past.  She indicated that the children "were like 7." Wilson informed the UC that she has an interest in meeting the UC for the purpose of performing sexual acts on his 9-year old-daughter. Wilson also inquired of the UC whether he had "established rules with your daughter about talking about these things" to which the UC indicated he had.  Wilson then continued to discuss with the UC the logistics of a meeting with him.

The following day the UC and Wilson resumed their texting communications.  Wilson continued to express her desire to engage in sexual acts with the UC's purported daughter, stating,

I'm excited to taste her when I do."  The UC and Wilson continued to chat over the next several days.  The two continued discussing the logistics of a meeting between the two of them.

On September 13, 2016, Wilson continued chatting with the UC, stating:

> Wilson: Definitely interested in both her licking me and me on her. I think I'll be a ball of nerves so we'll let you start out.
>
> UC: Yes I think that is best, I'm thinking may I'll lay her down on the couch and start licking and playing with her pussy to make everyone comfortable
>
> UC:  Can't wait to see her lick your pussy
>
> Wilson: Yeah, that sounds good. I can't wait to taste her and can't wait for her to lick me either
>
> UC: After the first time it will be easier with the nerve thing lol
>
> Wilson: It might not be her thing though.
>
> Wilson: I hope so lol
>
> UC: It is we talked about it she really wants to try I have shown her a lot of vids
>
> Wilson: Awesome!
>
> Wilson: Speaking of vids, if you do see her this week do you mind sending me a video of maybe you licking her or something?
>
> UC: Well I'm nervous sending that out until I really know a person. But would I can do is meet u before we play with her and FaceTime her and have her spread her pussy so u feel more comfortable
>
> Wilson: Yeah, I'm okay with that. Totally understand. We can do that.
>
> Wilson: Wanted to play to her lol but I have enough videos to do that too

Wilson: To*

UC: Perfect that way we all feel better and you will know for sure we are legit. I live near the Verizon center so we can meet in public first

UC: You have a lot of good vids lol

UC: What's the youngest u have

Wilson: They're decent, but you tend to want more and longer ones.

Wilson: Probably 1 maybe a little younger

UC: I know the feeling, mmmmmm I miss that age so much can I see the ones u have . Live the puffy pussy at that age

Wilson: Yes, I know!!! I love how puffy they are too. Wish your daughter was younger lol.

Wilson: It's in a Dropbox don't fell comfortable sending videos but I don't mind giving you access to the Dropbox

Wilson sent the UC an email account, butterfly69@gmail.com with her password that accesses her Dropbox account. The undersigned entered her Dropbox account and had the following dialogue with Wilson:

UC: Got in

UC: Mmmm

Wilson: Lol you're very welcome

UC: Which one is best

Wilson: Me personally I'm into oral and seeing more of their pussy

Wilson: If you go to almighty collection I like the first one

4

UC: Let me look

Wilson: Mom and daughter it's pretty long which I love

Wilson: You have to go to files

UC: Mmmm I love when there are voices

UC: She is licking her good

Wilson: And then if you go to files again I also like pretty much everything in videos except for a few. My favorite is the fifth one down I love watching the dad like her

Wilson: She is!

UC: Ok let me look now

Wilson: Also a video in hey I love watching the dad trying to force his cock in her

The affiant (UC) viewed the video described by Wilson. The video depicted an adult female performing oral sex on a prepubescent girl and other sexual acts.  On September 13, 2016, the Dropbox account was accessed and was found to contain 11 folders, each of which contained child pornography totaling 1.4GB of data.  The folders within the Dropbox account were labeled as follows:

- b (8 videos depicting child pornography)
- beast (24 videos depicting child pornography)
- G (5 videos depicting child pornography and 10 images of child pornography)
- Hey (3 videos depicting child pornography)
- ninas (1 video depicting child pornography)

- the all mighty collection (11 videos depicting child pornography and images of child pornography)

- Vattic's cp blowjobs (6 videos depicting child pornography)

- videos (11 videos depicting child pornography)

- xxx (1 video depicting child pornography and 98 images of child pornography)

- young (30 videos depicting child pornography and 5 images of child pornography)

- young(1) (29 videos depicting child pornography)

The UC and Wilson maintained sporadic contact via text message, including discussing plans to get together in the future.

On one occasion, on October 9, 2016, Wilson indicated she had accessed her own Dropbox account and saw that someone had accessed it. On October 17, 2016, Wilson informed the UC that she had uploaded some new material to the Dropbox account since their last discussion about it. She provided again the same Dropbox username and password.

On October 18, 2016, the Dropbox account was accessed and was found to contain 13 folders, each of which contained CP totaling 2.4GB of data. The folders within the Dropbox account were:

- b (8 videos depicting child pornography)

- beast (24 videos depicting child pornography)

- daddy (110 videos depicting child pornography and 75 images of child pornography)

- G (5 videos depicting child pornography and 10 images of child pornography)

- Hey (3 videos depicting child pornography)

- MomPthc (16 videos depicting child pornography)

- ninas (1 video depicting child pornography)

- the all mighty collection (11 videos depicting child pornography and 6 images of child pornography)

- Vattic's cp blowjobs (6 videos depicting child pornography)

- videos (11 videos depicting child pornography)

- xxx (1 video depicting child pornography and 101 images of child pornography)

- young (39 videos depicting child pornography and 51 images of child pornography)

- young(1) (29 videos depicting child pornography)

Over the course of the next several days, the UC and Wilson resumed discussions of their planned meeting, including discussing whether Wilson preferred meeting the UC's purported daughter or a younger female niece, with which Wilson was more comfortable because of concerns around the purported daughter's age and possibility of her disclosure.

During the course of their communications, Wilson provided the OCE a contact number of 571-575-7048 as set forth above.  A query of the provided number in open source search engines linked it to a social networking profile (www.facebook.com/100010748626570) in the name "Pamela Wilson." Publicly available information posted on this Facebook profile included a current residence in Lorton, Virginia and multiple photographs of her. Searches were conducted

in Accurint and the Virginia DMV system leading to the full identification of PAMELA KIREA

WILSON (                                                                                    ). The photograph associated with

Wilson's Virginia driver's license matched the individual displayed on the Facebook profile and

the image sent to the UC during the course of the messaging conversations.

Based on the foregoing, your affiant believes that there is probable cause to believe that on

September 13, 2016 and October 17, 2016, within the District of Columbia, PAMELA KIREA

WILSON committed the offense of Distribution of Child Pornography, in violation of 18 U.S.C.

Section §2252(a)(2).

At the time Wilson sent the Dropbox links, the UC was located in the District of

Columbia. The links were sent to the UC via cellular phone text messaging, an instrumentality of

interstate commerce.


_____
Detective Timothy Palchak
MPD/Federal Bureau of Investigation


Sworn and subscribed to before me this 25th day of October, 2016


_____
Deborah A. Robinson
United States Magistrate Judge